372 A.2d 838

Commonwealth v. Hontz, Appellant.

Submitted November 8, 1976. John R. Cook, Trial Defender, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 838

Commonwealth v. Hughes, Appellant.

Submitted December 16, 1975. Burton A. Rose, and Peruto, Ryan & Vitullo, for appellant; David Fabe Michelman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for completion of the record by addition of volumes I, III and IV of notes of testimony taken at appellant's trial.